Order issued November 9, 2012

1I0484.



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01496-CV

## IN RE AFTERMATH, INC., Relator

### Original Proceeding from the 68th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-04971

# ORDER
Before Justices Moseley, FitzGerald, and Myers

Before the Court is relator's Motion for Emergency Temporary Relief. We **GRANT** the motion and **STAY** the trial court's August 31, 2012 "Plaintiffs' Proposed Order on Plaintiffs' Motion to Compel First Request for Production and Aftermath's Motion for Protection and Objections" and its September 4, 2012 "Order on Plaintiffs' Motion to Compel First Request for Production and Aftermath's Motion for Protection and Objections." This stay shall remain in effect until further order of this Court.

The Court also has before it relator's petition for writ of mandamus. The Court requests that real party in interest and respondent file any responses by November 19, 2012.

JIM MOSELEY
PRESIDING JUSTICE